IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAMON ROSS,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE STORES LLC,<br><br>Defendant. | Civil Action File No.<br>1:20-cv-04136-MHC |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, Plaintiff Kamon Ross and Defendant AutoZone Stores LLC, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed *with* prejudice, without an award of fees or costs to either party.

Respectfully submitted, this 8th day of June 2021.

| | |
|---|---|
| /s/Meredith J. Carter | /s/Alisa P. Cleek |
| Meredith J. Carter | Alisa P. Cleek |
| Georgia Bar No. 325422 | Georgia Bar No. 581063 |
| meredith@mcarterlaw.com | acleek@taylorenglish.com |
| M. CARTER LAW LLC | TAYLOR ENGLISH DUMA LLP |
| 2690 Cobb Parkway SE | 1600 Parkwood Circle, Suite 200 |
| Suite A5-294 | Atlanta, Georgia 30339 |
| Smyrna, Georgia 30080 | (770) 434-6868 Telephone |
| (404) 618-3838 Telephone | (770) 434-7376 Facsimile |
| | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAMON ROSS,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE STORES LLC,<br><br>Defendant. | Civil Action File No.<br>1:20-cv-04136-MHC |

## CERTIFICATE OF SERVICE
_____

I hereby certify that on June 8, 2021, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Meredith J. Carter

/s/Alisa P. Cleek
Alisa P. Cleek
Georgia Bar No. 581063
acleek@taylorenglish.com

*Attorney for Defendant*

02050828-1